UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL DEWON MUNSON,

    Petitioner

v.                                                           Case No.: 8:09-cv-696-T-24TGW
                                                                               8:05-cr-24-T-24TGW

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **O R D E R**

    This cause is before the Court upon Petitioner Michael Dewon Munson's Motion to Dismiss Appeal. (Doc. No. 24). In this motion, Munson moves the Court to dismiss his appeal of the Court's denial of his motion to reopen his 28 U.S.C. § 2255 case. Upon consideration, the Court grants Munson's Motion to Dismiss Appeal (Doc. No. 24) and dismisses Munson's appeal.

    **DONE AND ORDERED** at Tampa, Florida, this 1st day of July, 2011.

                                                                              SUSAN C. BUCKLEW
                                                                              United States District Judge

Copies to:
Counsel of Record
Pro Se Petitioner